**DAY PITNEY LLP**
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

Attorneys For Plaintiff
Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BFC MANAGEMENT, INC., a West Virginia Corporation; JAMES COBB, an individual; and ROBERT FRAZIER, an individual,<br><br>　　　　Defendants. | HON. SUSAN D. WIGENTON, U.S.D.J.<br>Civil Action No. 02-2143 (SDW)<br><br><br><br><br>**ORDER** |

　　　　**THIS MATTER** having been opened to the Court by plaintiff Days Inns Worldwide, Inc. ("DIW"), formerly known as Days Inns of America, Inc., by its attorneys, Day Pitney LLP, for an Order granting DIW's application for attorneys' fees and costs (Docket No. 145), which DIW submitted in accordance with the Court's Second Amended Order against

83078186A01071008

defendants BFC Management, Inc. and Robert Frazier, dated April 15, 2008 (Docket No. 144); and good cause having been shown;

IT IS on this 11th day of July, 2008,

**ORDERED, ADJUDGED AND DECREED** that DIW's application for attorneys' fees and costs is granted and defendants BFC Management, Inc. and Robert Frazier shall pay DIW's attorneys' fees and costs in the amount of $277,003.15.

HON. SUSAN D. WIGENTON, U.S.D.J.

-2-